No. 03–5405. HOLLIS-ARRINGTON *v.* CENDANT MORTGAGE CORP., DBA PHH MORTGAGE, ET AL. C. A. 9th Cir. Certiorari

denied. JUSTICE BREYER took no part in the consideration or decision of this petition.